1  Name: DANA WHITE #G
2  Address: 1965 South Garth Ave
3  Los Angeles CA 90034
4  Phone: 310-420-7332
5  Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
OCT 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DANA WHITE,
  PLAINTIFF,
vs.
Microsoft Mixed Reality Captured Studios
Metastage Culver City Studios
Uber USA   Facebook USA
Lift USA   YouTube USA
Sandler Health LA
Calvert Sims LA
Matthew McConaughey Actor
City of Los Angeles Police Dept
City of Los Angeles Fire
Intell Studios LA
  DEFENDANT(S).

Case No.: 2:19-CV-08863-PA-JDE
(To be supplied by the Clerk)

COMPLAINT FOR:
8th Amendment US Constitution Violation
1st Amendment U.S. Constitution Violations
14 Amendment U.S. Constitution Violations

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under This court has Juridiction over U.S Territory Los Angeles.

Pro Se Clinic Form                Page Number

## II. VENUE

2. Venue is proper pursuant to CIVIL Rights PURSUANT to 42 U.S.C 1983 (NON prisoner)

## III. PARTIES

3. Plaintiff's name is DANA WHITE. Plaintiff resides at: 1965 SOUTH GARTH AVE LA CA 90034 #6

※ 4. Defendant MICROSOFT MIXED Reality captured studio.

5. Defendant metastage studios culver city CALIFORNIA ※ INTELL STUDIOS LOS ANGELES

Pro Se Clinic Form         *Page Number*

___. Defendant *UBER CORPERATION U.S.A*
*Insert ¶ #*

___. Defendant *LIFT CORPERATION USA*
*Insert ¶ #*

___. Defendant *FACEBOOK COMPANY USA*
*YOUTUBE CAMPANY USA*
*Insert ¶ #* *INSTIGRAM USA*

___. Defendant *SANDLER HEALTH / CALVERT SIMS* LOS ANGELES.
*Insert ¶ #* *MATTEW MCCONAUGHEY ACTOR HOLLYWOOD CALIF*

# IV. STATEMENT OF FACTS

___. These companies and individuals collaberated in a movie making plot to force upon plaintiff into a illegal movie using highly sensitive illicit holographic technology, Rogue actors mostly felon drug addicts to sale facilitate drugs, elaberate drama to fit there movie plot in reality based staging to fit there storyline and vision of a proxy (plaintiff) being blackout from social reality and driven to mental discord and a criminal lifestyle.

___. Microsoft/Megastage hired Sandler Healer advisor and actor Mattew McConaughey with a supporting cast of family friend and associates of plaintiff to carry out there deception of holographic characters to decieve, lie, hijack and use of violence on plaintiff as actions to make there drama realistic and explosive drama such as robbing me of my personal property, fake security and police officers to arrest jail and prosecute crimes stage to make plaintiff seem like a drug addict crook.

___. These combined business partners movie makers and city officials used terror and extortion to force the plaintiff into social suicide mentally personal and public into fearing being in public, and used paramilitary tactics to force me into violent self-defence measures that could of landed plaintiff in jail and on a homicidal course to defend myself.

Pro Se Clinic Form                    Page Number

___. The violated U.S. wiretapping laws hacking my phone service and social media to decieve my realistic cognant state of reality and used there holographic technology to make there actor images the only realistic images with rotating facial images to make there cast into a teamworking entity of script Hollywood cast centered around actor Mattew McConaughey as the lead.

___. This collaberating team used the logistical transpertation of UBER and Lift company to stock plaintiff and move logistics like cameras and people and place them in position to surround plaintiff in positions to create drama and chaos of the movie interest.

___. They used the Los Angeles police sheriff department and public transpertation metro private company to fit there stage reality. They impersonated police officers fire department and transpation officers with the holographic actors to carry out law enforcement activities and made arrests and jailed plaintiff in the county jail 6 times for crimes they staged that force plaintiff into criminal behavior.

Pro Se Clinic Form          Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Filed a complaint at the justice department / city Hall )
*insert title of cause of action*

(As against Defendant(s): Filed for a justice department investigation with the FBI )

___ . corperate corruption
*Insert ¶ #*

___ . federal wiretapping violations
*Insert ¶ #*

___ . terrorist act / as stated by the patriot act and civil rights violation
*Insert ¶ #*

Pro Se Clinic Form          *Page Number*

## SECOND CAUSE OF ACTION

(insert title of cause of action: Filed a complaint against the City of Los Angeles.

(As against Defendant(s): Damage reperations and investigation.)

_Insert ¶ #_ Mental duress

_Insert ¶ #_ Property loss and Robbery

_Insert ¶ #_ False use of city logistics and personnel.

Pro Se Clinic Form                              Page Number

## THIRD CAUSE OF ACTION

( Filed A official report with MAJOR CRIME DIVISION Los Angeles police )
*insert title of cause of action*

(As against Defendant(s)): _____

___. INVESTIGATION still pending
*Insert ¶ #*

___.
*Insert ¶ #*

___.
*Insert ¶ #*

Pro Se Clinic Form                    Page Number

## FOURTH CAUSE OF ACTION

( Looked for Legal Representation A Lawyer
*insert title of cause of action*

(As against Defendant(s): _____

_____ )

*Insert ¶ #* Defendent is indigent and at this time on Government assistance. /pro-per.

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                    *Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. A jury trial for compensative and punitive financial suffering of $250,000,000 million dollars.

___. That the FBI and the Justice department file criminal charges and civil rights violation charges.

___. That the court fine these corporations millions of dollars and pay restitution to plaintiff for future security from violent reprisal of these companies and cast.

___. That the court issue a freeze of licenses of these companies in the United States until major reforms and personel changes are made to fire any executive or employees of everybody who was involved in this actions.

That the court issue an injuction on any movie reality show or showing of this movie ever going public or shown in the United States or U.S. allied country's ever.

Pro Se Clinic Form                    Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: OCT 12, 2019

Sign: *Dana White*
Print Name: DANA WHITE
Plaintiff in pro per